FORM 8. Entry of Appearance　　　　　　　　　　　　　　　　　　　　　　　Form 8
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

AgustaWestland North America, Inc.　　v.　　United States

No.　17-1082

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　☒ As counsel for:　AgustaWestland North America, Inc.
　　　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　☐ Respondent　☐ Amicus curiae　☐ Cross Appellant

☐ Appellant　☒ Appellee　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　　☐ Respondent or appellee

| | |
|---|---|
| Name: | Dennis J. Callahan |
| Law Firm: | ROGERS JOSEPH O'DONNELL |
| Address: | 311 California St., 10th Fl. |
| City, State and Zip: | San Francisco, CA 94104 |
| Telephone: | 415-956-2828 |
| Fax #: | 415-956-6457 |
| E-mail address: | djc@rjo.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):　11/7/2016

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):　☒ Yes　☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date　November 9, 2016　　Signature of pro se or counsel　/s/ Dennis J. Callahan

cc: _____

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  November 9, 2016
by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| Dennis J. Callahan | /s/ Dennis J. Callahan |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | ROGERS JOSEPH O'DONNELL |
| Address | 311 California St. 10th Fl. |
| City, State, Zip | San Francisco, CA  94104 |
| Telephone Number | 415-956-2828 |
| Fax Number | 415-956-6457 |
| E-Mail Address | djc@rjo.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields